AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Oklahoma

| | | |
|---|---|---|
| Brian D. Raudell | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| Southcrest Hospital & Ardent Health | ) | **13 CV - 392 TCK - TLW** |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Ardent Health Systems
Adria McDaniel
One Burton Hills Blvd, Ste 260
Nashville, TN 37215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeff Nix
406 So. Boulder, Ste 400
Tulsa, Ok 74103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Phil Lombardi, Clerk

Date:  JUN 2 8 2013

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*