IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF OKLAHOMA

BRIAN D. RANDALL )
 )
      Plaintiffs )
 )
v. ) Case No: 13-CV-392 TCK-TLW
 )
1. SOUTHCREST HOSPITAL )
 ITS' SUCCESSORS AND ASSIGNS )
2. COMMUNITY HEALTH SYSTEMS ) JURY TRIAL DEMANDED
3. ARDENT HEALTH SERVICES )
      Defendant

PLAINTIFF'S NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(i)

Comes now the Plaintiff, and hereby dismisses his case against Defendant Ardent Health Services onl;y, WITH PREJUDICE. Defendant was served, but no appearance has been filed, nor any responsive pleading.

WHEREFORE, Plaintiff hereby dismisses his action against Defendant Ardent Health Services, only, WITH PREJUDICE.

Respectfully submitted,

s/Jeff Nix
Jeff Nix
406 So. Boulder, Ste 400
Tulsa, OK 74103
(918) 587 3193
Fax (918) 582 6106