# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. BRIAN D. RANDALL,  )<br>  )<br>   Plaintiff,  )<br>  )<br>v.  )<br>  )<br>1. SOUTHCREST HOSPITAL  )<br>IT'S SUCCESSORS AND ASSIGNS  )<br>2. COMMUNITY HEALTH SYSTEM  )<br>3. ARDENT HEALTH SERVICES  )<br>   Defendants.  ) | Case No. 13-CV-392-TCK-TLW<br>HONORABLE TERENCE KERN |

## ENTRY OF APPEARANCE

COMES NOW, Jessica C. Ridenour, of the law firm Strecker & Associates, P.C., and hereby submits her Entry of Appearance as counsel for Defendant, SouthCrest Hospital in the above-captioned matter.

Respectfully submitted,

*/s/ Jessica C. Ridenour*
David E. Strecker, OBA #8687
Jessica C. Ridenour, OBA #20758
STRECKER & ASSOCIATES, P.C.
2150 Mid-Continent Tower
401 South Boston Avenue
Tulsa, OK  74103-4009
Telephone:  (918) 582-1716
Facsimile:  (918) 582-1780
***Attorneys for Defendant SouthCrest Hospital***

2

CERTIFICATE OF SERVICE

      I hereby certify that on August 30, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Jeff Nix, OBA #6688
> 406 S. Boulder
> Suite 400
> Tulsa, OK  74103
> ***Attorney for Plaintiff***

> <u>/s/ *Jessica C. Ridenour*</u>
> Jessica C. Ridenour