# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OKLAHOMA

Brian D Randell,

                       Plaintiff(s),

vs.                                          Case Number: 13-cv-392-TCK-TLW

Southcrest Hospital et al,

                       Defendant(s).

## CLERK'S ENTRY OF DEFAULT

      It appearing from the files and records of this Court as of November 4, 2013, and the affidavit of Jeff Nix, that the defendant(s), Community Health Systems against whom judgment for affirmative relief is sought in this action, has/have failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure;

      Now, therefore, I, Phil Lombardi, Clerk of said Court, pursuant to the requirements of Rule 55(a) of said rules, do hereby enter the default of said defendant(s).

                                                                 Phil Lombardi,
                                                                 Clerk of Court, United States District Court

                                                                 s/ S. Turner
                                                               By: S. Turner, Deputy Clerk