**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| 1. BRIAN D. RANDALL,  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )<br>1. SOUTHCREST HOSPITAL  )<br>IT'S SUCCESSORS AND ASSIGNS  )<br>2. COMMUNITY HEALTH SYSTEMS  )<br>3. ARDENT HEALTH SERVICES  )<br>  Defendants.  ) | Case No. 13-CV-392-TCK-TLW<br>HONORABLE TERENCE KERN |

## ENTRY OF APPEARANCE

COMES NOW, Jessica C. Ridenour, of the law firm Strecker & Associates, P.C., and hereby submits her Entry of Appearance as counsel for Defendant, Community Health Systems Professional Services Corporation in the above-captioned matter.

Respectfully submitted,

*/s/ Jessica C. Ridenour*
David E. Strecker, OBA #8687
Jessica C. Ridenour, OBA #20758
STRECKER & ASSOCIATES, P.C.
2150 Mid-Continent Tower
401 South Boston Avenue
Tulsa, OK  74103-4009
Telephone:  (918) 582-1716
Facsimile:  (918) 582-1780
***Attorneys for Defendant Community Health
Systems Professional Services Corporation***

CERTIFICATE OF SERVICE

       I hereby certify that on November 12, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Jeff Nix, OBA #6688
>406 S. Boulder
>Suite 400
>Tulsa, OK  74103
>***Attorney for Plaintiff***

>/s *Jessica Ridenour*
>Jessica Ridenour