# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

Brian D Randell,

      Plaintiff(s),

vs.                                        Case Number: 13-cv-392-TCK-TLW

Southcrest Hospital, et al,

      Defendant(s).

## SCHEDULING ORDER

| # | Date | Item |
|---|------|------|
| 1. | 6/23/2014 | Discovery Deadline |
| 2. | 2/24/2014 | Motions to Join or Amend |
| 3. | 4/24/2014 | Witness Lists and Proposed Exhibits * |
| 4. | 5/27/2014 | Expert Identification and Reports under FRCP 26(a)(2) * (Plaintiff) |
| 4a. | 6/9/2014 | Expert Identification and Reports under FRCP 26(a)(2) * (Defendant) |
| 5. | 7/7/2014 | Dispositive Motions and Daubert Motions |
| 6. | 8/18/2014 | Motions in Limine |
| 7. | 8/18/2014 | Deposition Designations (Filed with deponent name, page and line designation) Videotape/Interrogatory Designations * |
| 8. | 9/2/2014 | Counter-Designations (Filed with deponent name, page and line designation) |
| 9. | 9/30/2014 | Pretrial Disclosures under FRCP 26(a)(3) |
| 10. | 10/14/2014 | Transcripts Annotated with Objections ** (Submit in hard copy to the Court) |
| 11. | 10/8/2014 | Pretrial Order, including Final Witness and Exhibit Lists and Objections |
| 12. | 10/14/2014 | Jury Instructions, Voir Dire, Trial Briefs |
| 13. | N/A | Proposed Findings of Fact and Conclusion of Law, Trial Briefs |
| 14. | 10/15/2014 | Pretrial Conference at 11:00 a.m. |
| 15. | 11/17/2014 | Trial Date: [ x ] Jury at 9:30 a.m.    [ ] Non-Jury at 9:30 a.m. |
| 16. |  | Settlement Conference requested after discovery cutoff |

\* These items are not to be filed of record but are only to be exchanged between counsel.
\*\* Attorney meeting to resolve objections is required before filing objections. See LcvR 30.1(c).

This Order is entered this 27th day of January, 2014.

*Terence Kern*

**TERENCE KERN**
**United States District Judge**