## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1.  BRIAN D. RANDELL,<br><br>               Plaintiff(s),<br><br>vs.<br><br>1.  SOUTHCREST HOSPITAL, it's successors and assigns,<br>2.  COMMUNITY HEALTH SYSTEMS<br>3.  ARDENT HEALTH SERVICES<br><br>               Defendant(s). | Case No.  13-CV-392-TCK-TLW |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, Brian Randell, by and through his attorney of record, Charles C. Vaught of *Armstrong & Vaught, P.L.C.*, and the Defendant, by and through its attorney of record, Jessica C. Ridenour of *Strecker & Associates*, and hereby give notice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff dismisses with prejudice any and all claims alleged against all Defendants, including all claims that were or might have been asserted in this action.

The parties further stipulate that each shall be responsible for his or its own costs and attorney's fees.

Respectfully submitted,

ARMSTRONG & VAUGHT, P.C.


 /s/ Charles C. Vaught
Charles C. Vaught, OBA #19962
2727 E. 21st Street, Suite 505
Tulsa, Oklahoma 74114
(918) 582-2500
(918) 583-1755 (facsimile)
cvaught@a-vlaw.com
*Attorneys for Plaintiff*

And

STRECKER & ASSOCIATES, P.C.


/s/ Jessica C. Ridenour
David E. Strecker, OBA #8687
Jessica C. Ridenour, OBA #20758
2150 Mid-Continent Tower
401 South Boston Avenue
Tulsa, Oklahoma 74103-4009
Phone: (918) 582-1734
Fax: (918) 582-1780
David.strecker@streckerlaborlaw.com
Jessica.ridenour@streckerlaborlaw.com
*Attorneys for Defendants*
*Southcrest Hospital, Community Health Systems*
*Ardent Health Services*